**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARIA JESUS GRANA<br>Calle Angel Guimera No 4-10 4 3<br>Calella Barcelona, Spain | :<br><br>: | |
| FERNANDO GOMEZ<br>Calle Angel Guimera No 4-10 4 3<br>Calella Barcelona, Spain | :<br><br>: | |
| Plaintiffs | : | |
| v. | : | Case No.: ____________________ |
| DAVID ALAN RUNYON<br>4425 Snowy Egret Court<br>Chesapeake Breach, Maryland | :<br><br>: | |
| Defendant | : | |

**DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441**

COMES NOW the Defendant, David Alan Runyon, by and through his attorneys, Richard W. Evans, Esquire, Paul J. Havenstein, Esquire, and McCarthy Wilson LLP, and hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a), 1446, and 1331(a)(2). In support of thereof, the Defendant states as follows:

1. On or about July 20, 2018, the abovementioned Plaintiffs filed a Complaint in the Superior Court of the District of Columbia. The Complaint arises out of an automobile accident that occurred in the District of Columbia on or about July 23, 2015. The Plaintiffs state claims for personal injuries, lost wages, and loss of consortium arising out of the automobile accident.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

2. On or about September 7, 2018, the Defendant was served with a copy of the Complaint and a Summons. See copies of all Superior Court process, pleadings, and orders attached hereto pursuant to 28 U.S.C. §1446

3. The Complaint seeks damages exceeding One Million Dollars ($1,000,000).

4. Both Plaintiffs are residents of Spain.

5. Defendant is a resident of Maryland.

6. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. Further, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of a [U.S.] State and citizens or subjects of a foreign state…" 28 U.S.C. §1332(a)(2).

8. Therefore, this matter is properly removed by the Defendant from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

WHEREFORE, the Defendant respectfully requests the Court accept this Notice of Removal and requests that this matter be opened and docketed with the United States District Court for the District of Columbia.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

Respectfully submitted,

McCARTHY WILSON LLP

*//s// Richard W. Evans, Esquire*
Richard W. Evan, Esquire #448236

*//s// Paul J. Havenstein, Esquire*
Paul J. Havenstein, Esquire #1034172
2200 Research Boulevard
Suite 500
Rockville, MD 20850
(301) 762-7770
(301) 926-7444 (fax)
evansr@mcwilson.com
havensteinp@mcwilson.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was filed electronically and mailed, postage prepaid, this 3rd day of October, 2018, to:

Carlos M. Recio, Esquire
1016 7th Street S.E.
Washington, D.C. 20003
*Attorney for the Plaintiffs*

*//s// Paul J. Havenstein, Esquire*
Paul J. Havenstein, Esquire #1034172

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770